UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ramona S.,

    Petitioner,

v.

Pamela Bondi, et al.,

    Respondents.

**ORDER DISMISSING WRIT OF HABEAS CORPUS**
Civil File No. 26-00232 (MJD/JFD)

Celia Sosa, as next friend for Petitioner.

Ana H. Voss, Julie T. Le, Assistant United States Attorneys, Counsel for Respondents.

On January 22, 2026, the Court granted Petitioner Romana S.'s Petition for Writ of Habeas Corpus. [**Docket No. 4**.] As part of that Order, the parties were required to provide the Court with a status report concerning the results of any bond hearing conducted pursuant to the Order and/or advise the Court regarding Petitioner's release from detention.

On January 31, 2026, the Respondents provided a status update informing the Court that (1) the Immigration Court had held a bond hearing on January 29, 2026 and (2) Petitioner had been released from custody upon payment of a $1,500 bond on January 30, 2026. [**Docket No. 6.**]

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Romana S's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 2, 2026         s/Michael J. Davis
                                 Michael J. Davis
                                 United States District Court